IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

WARDELE JAMES MAYES,

    Plaintiff,

v.　　　　　　　　　　　　　　　　Case No. 1:17cv38-MW/GRJ

NANCY BERRYHILL, Acting
Commissioner of Social Security,

    Defendant.

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 16, and has also reviewed *de novo* Plaintiff's Objections to the report and recommendation and request for oral argument. ECF No. 17. Accordingly

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "The decision of the Commissioner is **AFFIRMED**. Plaintiff's request for oral argument is **DENIED**." The Clerk shall close the file.

**SO ORDERED** on November 15, 2017.

                                    s/Mark E. Walker    
                                    **United States District Judge**